IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jason Dana, individually and           :
derivatively on behalf of the Lofts at   :
1234 Condominium Association,        :
                  Appellant          :
                                :
             v.                :      No. 978 C.D. 2018
                                :
Lofts at 1234 Condominium Association,  :
Thomas Marrone, and Echo Volla     :

**PER CURIAM**                **O R D E R**

NOW, June 15, 2020, having considered Appellant's application for reargument and Appellees' answers in response thereto, the application is denied.